■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO BARET, Appellant. [618 NYS2d 1013] —Judgments, Supreme Court, New York County (Harold Rothwax, J.), rendered on or about March 25, 1992 and June 26, 1992 unanimously affirmed. The unpublished order of this Court entered herein on September 22, 1994, is hereby recalled and vacated. No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Kupferman and Asch, JJ.